UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:16-cv-82024-KAM

HOWARD COHAN,

    Plaintiff,

vs.                        INJUNCTIVE RELIEF SOUGHT

HIGHBEACH, INC.,
a Foreign Profit Corporation,
d/b/a DELRAY SANDS RESORT,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, HIGHBEACH, INC., a Foreign Profit Corporation d/b/a DELRAY SANDS RESORT, by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

    Respectfully submitted,

By: **/s/ Gregory S. Sconzo**  
Gregory S. Sconzo, Esq.  
Florida Bar No.: 0105553  
KAPLAN & SCONZO, P.A.  
3399 PGA Boulevard, Suite 180  
Palm Beach Gardens, Florida 33410  
Telephone: (561) 296-7900  
Facsimile: (561) 296-7919  
gsconzo@ksplaw.com  
myounts@ksplaw.com  

**By: /s/ Maureen M. Deskins**  
Maureen M. Deskins, Esquire  
Fla. Bar. No.: 115592  
1611 W. Platt Street  
Tampa, Florida 33606  
Telephone: (813) 254-5924  
Maureen.Deskins@oplhotels.com  
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   **/s/ Gregory S. Sconzo**
                                                   Gregory S. Sconzo, Esq.