UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:16-cv-82024-KAM

HOWARD COHAN,

    Plaintiff,

vs.                                          INJUNCTIVE RELIEF SOUGHT

HIGHBEACH, INC.,
a Foreign Profit Corporation,
d/b/a DELRAY SANDS RESORT,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, HIGHBEACH, INC., a Foreign Profit Corporation d/b/a DELRAY SANDS RESORT, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismiss this action with prejudice against HIGHBEACH, INC., a Foreign Profit Corporation d/b/a DELRAY SANDS RESORT; (3) the Parties shall bear its or her own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement, as the effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

1

RESPECTFULLY SUBMITTED this 14th day of July, 2017.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
KAPLAN & SCONZO, P.A.
3399 PGA Boulevard, Suite 180
Palm Beach Gardens, Florida 33410
Telephone: (561) 296-7900
Facsimile: (561) 296-7919
gsconzo@ksplaw.com
myounts@ksplaw.com

**By: /s/ Maureen M. Deskins**
Maureen M. Deskins, Esquire
Fla. Bar. No.: 115592
1611 W. Platt Street
Tampa, Florida 33606
Telephone: (813) 254-5924
Maureen.Deskins@oplhotels.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**