UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-82024-CIV-MARRA

HOWARD COHAN,

Plaintiff,

vs.

HIGHBEACH, INC., a foreign profit corporation
d/b/a DELRAY SANDS RESORT,

Defendant.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal with Prejudice (DE 14). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with prejudice. The Clerk shall close this case and all pending motions are denied as moot. The Court shall retain jurisdiction to enforce the settlement.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of July, 2017.

_____
KENNETH A. MARRA
United States District Judge